IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NORMAN JASON DAVIS, JR.,                                    CV. 07-206-MO

        Petitioner,                                         ORDER

   v.

CHARLES A. DANIELS,

        Respondent.

MOSMAN, District Judge.

   Petitioner's Motion for Voluntarily Dismissal of Petition (#13) is GRANTED.  This habeas corpus case is DISMISSED, with prejudice.

   IT IS SO ORDERED.

   DATED this __19th__ day of June, 2007.

                                      /s/ Michael W. Mosman
                                        Michael W. Mosman
                                        United States District Judge